UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BUTCH S.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,[2]<br><br>    Defendant. | Case No. 4:21-CV-00405-BLW-DKG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Debora K. Grasham. (Dkt. 19). On January 21, 2020, Plaintiff protectively filed a Title II application for a period of disability and disability insurance benefits alleging disability beginning on May 1, 2015. (AR 13, 166.) Plaintiff meets the insured status requirements through December 31, 2020. The application was denied initially and on reconsideration.

A hearing was conducted on February 11, 2021, before Administrative Law Judge (ALJ) David Willis. After considering testimony from Plaintiff and a

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.
[2] Kilolo Kijakazi is substituted for Andrew Saul pursuant to Federal Rule of Civil Procedure 25(d). Kijakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

vocational expert, on May 5, 2021, the ALJ issued a written decision finding Plaintiff not disabled. (AR 13-25.) The Appeals Council denied Plaintiff's request for review, making the ALJ's decision final. See 42 U.S.C. § 405(h). Plaintiff timely filed this action seeking judicial review of the ALJ's decision. (Dkt. 1.) The Court has jurisdiction pursuant to 42 U.S.C. § 405(g).

On February 6, 2023, United States Magistrate Judge Debora K. Grasham issued a Report and Recommendation in this matter. (Dkt. 19). Pursuant to the statute, Judge Grasham gave the parties time to file written objections to the Report and Recommendation. *See* 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on February 6, 2023 (Dkt. 19) is INCORPORATED and ADOPTED in its entirety.

2. The Petition is GRANTED to the extent the Court will REVERSE and REMAND this matter for further administrative proceedings as specified in the Report and Recommendation. *See* Dkt. 19, at 30-31.

3.  The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: **February 22, 2023**

B. Lynn Winmill
U.S. District Court Judge